**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 12-3200

**Caption [use short title]**

**Motion for:** Extension of time to file appellant's reply brief

The Authors Guild, et al. v. Google Inc.

Set forth below precise, complete statement of relief sought:

Defendant-appellant respectfully requests a 7-day extension of time, to March 1, 2013, to file a reply brief.

**MOVING PARTY:** Defendant-Appellant Google Inc.
☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Betty Miles, Joseph Goulden, Jim Bouton

**MOVING ATTORNEY:** Seth P. Waxman

**OPPOSING ATTORNEY:** Michael J. Boni

[name of attorney, with firm, address, phone number and e-mail]

Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW, Washington DC 20006
(202) 663-6800
seth.waxman@wilmerhale.com

Boni & Zack LLC
15 St. Asaphs Road, Bala Cynwyd, PA 19004
(610) 822-0200
mboni@bonizack.com

**Court-Judge/Agency appealed from:** The Hon. Denny Chin, United States District Court for the Southern District of New York (by designation)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
_/s/ Seth Waxman_  Date: 2/11/13   Has service been effected? ☑ Yes ☐ No [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____  By: _____

Form T-1080

No. 12-3200

IN THE UNITED STATE COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

THE AUTHORS GUILD, INC., et al.,

Plaintiffs-Appellees,

v.

GOOGLE, INC.,

Defendant-Appellant.

_____

On Appeal from an Order Granting Certification of a Class Action, Entered on May 31, 2012, by the United States District Court for the Southern District of New York, No. 1:05-cv-08136 Before the Honorable Denny Chin

_____

**AFFIRMATION IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

Seth P. Waxman hereby affirms as follows:

1. I am a partner in the firm of Wilmer Cutler Pickering Hale and Dorr LLP. I submit this Affirmation in support of the motion of Defendant-Appellant Google Inc. ("Google") for a 7-day extension of time, to March 1, 2013, to file a reply brief in the above-captioned matter.

2. In this matter, Google is appealing from the May 31, 2012 decision of the district court granting Plaintiffs-Appellees' motion for class certification. On June 14, 2012 Google petitioned for permission to appeal the district court's

certification decision. This Court granted Google's petition on August 14, 2012, and stayed proceedings in the district court pending the outcome of this appeal on September 17, 2012. Google filed its brief on November 9, 2012. Plaintiffs-Appellees filed their brief on February 8, 2013. If no extension is granted, Google's reply brief would be due to be filed by February 22, 2013.

     3.    Google has not previously requested an extension of time to file a reply brief.

     4.    Plaintiffs-Appellees do not oppose the requested extension of time.

     5.    Google respectfully submits that good cause exists for the modest extension of time requested for the following reasons:

         a.    Currently, undersigned counsel of record is preparing for oral argument before the Supreme Court of the United States in *Bowman v. Monsanto Co.*, No. 11-796 on February 19, 2013, and is preparing a reply brief to be filed by Petitioner in the Supreme Court in *Trevino v. Thaler*, No. 11-10189 on February 13, 2013.

         b.    Two sets of parties have indicated they plan to file amicus briefs in support of Plaintiffs-Appellees. Those briefs are due to be filed February 15, 2013, giving Google only one week to respond in its reply brief to arguments raised by amici.

I declare that the foregoing is true and correct, in accordance with 28 U.S.C. § 1746.

Dated:  February 11, 2013                Respectfully submitted,

                                                   /s/
                                        Seth P. Waxman
                                        Wilmer Cutler Pickering
                                             Hale and Dorr LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20006
                                        (202) 663-6000
                                        seth.waxman@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 11, 2013.  All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Seth P. Waxman
SETH P. WAXMAN