# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand and thirteen.

_____

The Authors Guild, Inc., Associational Plaintiff,
Betty Miles, Joseph Goulden, Jim Bouton,
individually and on behalf of all others similarly situated,

Plaintiffs-Appellees,                     **ORDER**
                                          Docket No. 12-3200
v.

Google, Inc.,

Defendant-Appellant.
_____

    IT IS HEREBY ORDERED that the motion by the appellant for an extension of time until March 1, 2013 to file its reply brief is GRANTED.


For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court.

