# Kohn, Swift & Graf, P.C.

One South Broad Street, Suite 2100

Philadelphia, Pennsylvania 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LaROCCA
DENIS F. SHEILS †◇
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. MOYER †

(215) 238-1700
Telecopier (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
Web Site: www.kohnswift.com
E-MAIL: rlarocca@kohnswift.com

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◇ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

April 2, 2013

*Via Electronic Filing*

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   **RE:** ***The Authors Guild et al. v. Google Inc.*, No. 12-3200**

Dear Ms. Wolfe:

  We represent Plaintiffs-Appellees in the above-captioned matter. Oral argument in this matter has been scheduled for May 8, 2013. I write this letter to inform the Court that I, Robert J. LaRocca, will be presenting oral argument on behalf of Plaintiffs-Appellees in the above-captioned matter instead of my colleague Michael J. Boni. Thank you for your attention.

            Respectfully,

            Robert J. LaRocca

cc: Seth P. Waxman, Esquire
   Daralyn Durie, Esquire

## **CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on this 2nd day of April 2013, I caused a pdf version of the foregoing letter substituting counsel for oral argument to be filed electronically using the CM/ECF system. Prior to transmittal, the pdf was scanned for viruses and no viruses were detected.

                                                      /s/ Robert J. LaRocca